

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John S. Baker
County Auditor
Lamar County
Paris, Texas

Dear Sir:

Opinion No. O-4725
Re: Commissioners' Court may expand
county funds from general fund
of county for prophylactic unit
if the Commissioners' Court
deems same in behalf of public
health and sanitation within
the county.

Your request for opinion has been received and care-
fully considered by this department. We quote from your request
as follows:

"This county is now maintaining a health unit in the
Lamar County Hospital at some expense to the county.

"Some of the U. S. Army officers connected with the
Army Camp which is now being constructed in our county have
asked our Commissioners Court to establish an additional
unit to be known as a Prophylactic Unit and to pay the
rental on a building to be used as such unit.

"Can the county legally pay from our general fund
or any other fund the rental on a building for the main-
tenance of a Prophylactic Unit as requested by our army
officers?

". . ."

Article 4418f, Vernon's Annotated Texas Civil Statutes,
reads in part as follows:

". . . The Commissioners' Court of any county shall have
the authority to appropriate and expend money from the general
revenues of its county for and in behalf of public health
and sanitation within the county."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Construing the above quoted portion of the statute we said in our opinion No. O-2586-A:

"No detailed direction is given as to how such general power shall be exercised but this matter is left largely within the discretion of the Commissioners' Court."

If the Commissioners' Court determines that the establishment and/or support of such prophylactic unit is in behalf of public health and sanitation within the county it is our opinion that it would be authorized to expend funds from the general fund of the county for the purposes set out in your letter.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (Signed) WM. J. FANNING
Assistant

WJF:mp

APPROVED JUL. 24, 1942

(Signed) GERALD C. MANN
Attorney General of Texas

APPROVED OPINION COMMITTEE

By B.W.B. Chairman